CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
PAMELA R. PERRON
Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey 07102
(973) 645-2836

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TINA O'NEILL, | : | Hon. Susan D. Wigenton |
| Plaintiff, | : | Civil Action No. 07-5045 |
| vs. | : | **AMENDED SCHEDULING ORDER** |
| JOHN POTTER, Postmaster United States Postal Service, | : | |
| Defendant. | : | |

This matter having come before the Court for a status teleconference on October 2, 2008, and the parties having exchanged answers to interrogatories and document production,

**IT IS** on this __2__ day of October 2008

**ORDERED THAT** the schedule in the above-referenced action is amended as follows :

1. Fact discovery is to remain open through **December 30, 2008**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **November 15, 2008**, with depositions of those experts to be taken and completed within twenty (20) days of receipt of report. See Fed. R. Civ. P. 26(b)(4)(A). Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **January 30, 2009**, with depositions of those experts to be taken and completed within

twenty (20) days of receipt of report. Any such report is to be in the form and content as described above.

      4. Within thirty (30) days, plaintiff's counsel will supply the Court a letter, and a copy to defense counsel, describing his efforts to obtain evidence to show that EEOC Administrative Judge Jose Luis Perez issued a ruling permitting plaintiff to expand the scope of issues accepted for review.

      5. There shall be a telephone conference before the undersigned on **December 10, 2008 at 4:00 p.m.** Plaintiff's counsel shall initiate the telephone conference.

_____
MADELINE COX ARLEO
United States Magistrate Judge